**DENNIS K. BURKE**
United States Attorney
District of Arizona
**JESSE FIGUEROA**
Assistant United States Attorney
**LIZA M. GRANOFF**
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: jesse.figueroa@usdoj.gov
Email: liza.granoff@usdoj.gov
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

**VICTIM CASE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-11-0150-TUC-DCB-JCG |
| Plaintiff, | **S E C O N D** |
| v. | **S U P E R S E D I N G   I N D I C T M E N T** |

**(1) Manuel Osorio-Arellanes;**
   aka Manuel Arellanes,
   aka "Paye,"

**(2) Jesus Rosario Favela-Astorga;**
   aka Jesus Rosario Fabela
   Astorga,

**(3) Ivan Soto-Barraza,**

**(4) Heraclio Osorio-Arellanes;**
   aka "Laco,"

   Defendants.

Violations:

18 U.S.C. § 1951 (Conspiracy to Interfere with Commerce By Threats or Violence);

18 U.S.C. § 1111 and § 1114 (Second Degree Murder);

18 U.S.C. § 371 (Conspiracy to Assault a Federal Officer);

18 U.S.C. § 924(c) (Use and Carrying a Firearm in Furtherance of a Crime of Violence);

18 U.S.C. § 111 (Assault on a Federal Officer);

18 U.S.C. § 922(g)(5)(A) (Possession of a Firearm by a Prohibited Person);

18 U.S.C. § 922(g)(1) (Possession of a Firearm by a Prohibited Person); and

8 U.S.C. § 8 U.S.C. § 1326 (a) and (enhanced by 8 U.S.C. § 1326(b)(1) and (b)(2) (Re-Entry After Deportation)

THE GRAND JURY CHARGES:

## COUNT ONE
## CONSPIRACY TO INTERFERE WITH COMMERCE BY ROBBERY

On or about December 14, 2010, at or near Mesquite Seep, in the District of Arizona, Manuel Osorio-Arellanes aka Manuel Arellanes aka "Paye," Jesus Rosario Favela-Astorga aka Jesus Rosario Fabela Astorga, Ivan Soto-Barraza, and Heraclio Osorio-Arellanes aka "Laco," did unlawfully conspire to obstruct, combine, confederate and agree with each other and other persons known and unknown to the Grand Jury, to obstruct, delay, or affect commerce and the movement of any article or commodity in commerce, by robbery, as defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully conspire to interfere with the movement of drugs by robbery by means of threatened physical violence or actual force, or violence, or fear of injury to any person and in furtherance of a plan or purpose to commit such robbery in the District of Arizona, in violation of Title 18, United States Code, Section 1951.

### OBJECT AND MEANS

1.    Manuel Osorio-Arellanes aka Manuel Arellanes aka "Paye," Jesus Rosario Favela-Astorga aka Jesus Rosario Fabela Astorga, Ivan Soto-Barraza, Heraclio Osorio-Arellanes aka "Laco," and others came from the Republic of Mexico to the United States for the purpose of robbing marijuana from others;

2.    It was an object of the conspiracy that one or more of the co-conspirators would obtain the marijuana from others by committing or threatening physical violence to any person in furtherance of their plan;

3.    To accomplish the object of the conspiracy, Manuel Osorio-Arellanes aka Manuel Arellanes aka "Paye," Jesus Rosario Favela-Astorga aka Jesus Rosario Fabela Astorga, Ivan Soto-Barraza, Heraclio Osorio-Arellanes aka "Laco," and

United States v. Manuel Osorio-Arellanes, et al.
Page 2 of 12

others planned to arm themselves with firearms upon arrival to the United States;

4. To accomplish the object of the conspiracy, Manuel Osorio-Arellanes aka Manuel Arellanes aka "Paye," Jesus Rosario Favela-Astorga aka Jesus Rosario Fabela Astorga, Ivan Soto-Barraza, Heraclio Osorio-Arellanes aka "Laco," and others agreed they would use the firearms;

All in violation of Title 18, United States Code, Section 1951.

## COUNT TWO
## USING AND CARRYING A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE

On or about December 14, 2010, at or near Mesquite Seep, in the District of Arizona, Manuel Osorio-Arellanes aka Manuel Arellanes aka "Paye," Jesus Rosario Favela-Astorga aka Jesus Rosario Fabela Astorga, Ivan Soto-Barraza, and Heraclio Osorio-Arellanes aka "Laco," during and in relation to a crime of violence, to wit: Conspiracy to Interfere with Commerce By Robbery as charged in Count One of this indictment, in violation of Title 18, United States Code, Section 1951, did knowingly use and carry firearms, and did possess those firearms and further brandished the firearms in furtherance of such a crime, in violation of Title 18, United States Code, Section 924(c).

## COUNT THREE
## SECOND DEGREE MURDER

On or about December 14, 2010, at or near Mesquite Seep, in the District of Arizona, Manuel Osorio-Arellanes aka Manuel Arellanes aka "Paye," Jesus Rosario Favela-Astorga aka Jesus Rosario Fabela Astorga, Ivan Soto-Barraza, and Heraclio Osorio-Arellanes aka "Laco," did unlawfully kill with malice aforethought United States Border Patrol Agent Brian Terry while Agent Terry was engaged in or on account of the performance of his official duties, in violation of Title 18, United States Code, Sections 1111 and 1114.

United States v. Manuel Osorio-Arellanes, et al.
Page 3 of 12

## COUNT FOUR
## CONSPIRACY TO ASSAULT A FEDERAL OFFICER

From a time unknown to on or about December 14, 2010, at or near Mesquite Seep, in the District of Arizona, Manuel Osorio-Arellanes aka Manuel Arellanes aka "Paye," Jesus Rosario Favela-Astorga aka Jesus Rosario Fabela Astorga, Ivan Soto-Barraza, and Heraclio Osorio-Arellanes aka "Laco," named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate and agree with each other and other persons known and unknown to the Grand Jury, to commit an assault, that is, Assault of a Federal Officer, to wit: United States Border Patrol Agents Brian Terry, Timothy Keller, Gabriel Fragoza and William Castano, officers of the United States, while said officers were engaged in and on account of the performance of their official duties, in violation of Title 18, United States Code, Sections 111(a) and 111(b).

### OBJECT AND MEANS

1. It was an object of the conspiracy that one or more of the co-conspirators would intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with any person.

2. To accomplish the object of the conspiracy, at least one of the co-conspirators was armed with a deadly weapon, to wit: a firearm, in violation of Title 18, United States Code, Sections 111(a) and 111(b).

### OVERT ACTS

3. In furtherance of the conspiracy, one or more of the co-conspirators committed, in the District of Arizona and elsewhere, overt acts including, but not limited to, those acts described more fully below.

4. On or about December 14, 2010:

United States v. Manuel Osorio-Arellanes, et al.
Page 4 of 12

a. Manuel Osorio-Arellanes aka Manuel Arellanes aka "Paye," Jesus Rosario Favela-Astorga aka Jesus Rosario Fabela Astorga, Ivan Soto-Barraza, Heraclio Osorio-Arellanes aka "Laco," and others traveled together to the area of Mesquite Seep;

b. Manuel Osorio-Arellanes aka Manuel Arellanes aka "Paye," Jesus Rosario Favela-Astorga aka Jesus Rosario Fabela Astorga, Ivan Soto-Barraza, Heraclio Osorio-Arellanes aka "Laco," and others were patrolling the area in single file formation at or near Mesquite Seep to steal marijuana from others;

c. Some of the defendants carried firearms at the "ready" position when they encountered the Border Patrol agents;

d. At least two of the defendants shot at the Border Patrol agents after the agents had identified themselves as police;

All in violation of Title 18, United States Code, Section 371.

## COUNT FIVE
## USING AND  CARRYING A FIREARM IN FURTHERANCE OF  A CRIME OF VIOLENCE

On or about December 14, 2010, at or near Mesquite Seep, in the District of Arizona, Manuel Osorio-Arellanes aka Manuel Arellanes aka "Paye," Jesus Rosario Favela-Astorga aka Jesus Rosario Fabela Astorga, Ivan Soto-Barraza, and Heraclio Osorio-Arellanes aka "Laco," during and in relation to a crime of violence, to wit: Conspiracy to Assault a Federal Officer as charged in Count Four of this indictment, in violation of Title 18, United States Code, Sections 111(a), 111(b), and 371, did knowingly use and carry firearms, and did possess those firearms and further brandished the firearms in furtherance of such a crime, in violation of Title 18, United States Code, Section 924(c).

\\

United States v. Manuel Osorio-Arellanes, et al.
Page 5 of 12

## COUNT SIX
## ASSAULT ON A FEDERAL OFFICER

On or about December 14, 2010, at or near Mesquite Seep, in the District of Arizona, Manuel Osorio-Arellanes aka Manuel Arellanes aka "Paye"did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with United States Border Patrol Agent Timothy Keller, officer of the United States, with a deadly or dangerous weapon, to wit: a firearm, while said officer was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Sections 111(a) and 111(b).

## COUNT SEVEN
## ASSAULT ON A FEDERAL OFFICER

On or about December 14, 2010, at or near Mesquite Seep, in the District of Arizona, Jesus Rosario Favela-Astorga aka Jesus Rosario Fabela Astorga, did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with United States Border Patrol Agents Brian Terry, Timothy Keller, Gabriel Fragoza, and William Castano, officers of the United States, with a deadly or dangerous weapon, to wit: a firearm, while said officers were engaged in and on account of the performance of their official duties, in violation of Title 18, United States Code, Sections 111(a) and 111(b).

## COUNT EIGHT
## ASSAULT ON A FEDERAL OFFICER

On or about December 14, 2010, at or near Mesquite Seep, in the District of Arizona, Ivan Soto-Barraza did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with United States Border Patrol Agents Brian Terry, Timothy Keller, Gabriel Fragoza, and William Castano, officers of the United States, with a deadly or dangerous weapon, to wit: a firearm, while said officers were engaged in and on account of the performance of their official duties, in violation of Title 18, United States Code, Sections 111(a) and 111(b).

## COUNT NINE
## ASSAULT ON A FEDERAL OFFICER

On or about December 14, 2010, at or near Mesquite Seep, in the District of Arizona, Heraclio Osorio-Arellanes aka "Laco," did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with United States Border Patrol Agents Brian Terry, Timothy Keller, Gabriel Fragoza, and William Castano, officers of the United States, with a deadly or dangerous weapon, to wit: a firearm, while said officers were engaged in and on account of the performance of their official duties, in violation of Title 18, United States Code, Sections 111(a) and 111(b).

## COUNT TEN
## USING AND CARRYING A FIREARM IN FURTHERANCE OF
## A CRIME OF VIOLENCE

On or about December 14, 2010, at or near Mesquite Seep, in the District of Arizona, Manuel Osorio-Arellanes aka Manuel Arellanes aka "Paye," during and in relation to a crime of violence, to wit: Assault on a Federal Officer, as charged in Count Six of this indictment, in violation of Title 18, United States Code, Sections, 111(a) and 111(b), did knowingly use and carry a firearm, and did possess the firearm and further brandished the firearm in furtherance of such a crime, in violation of Title 18, United States Code, Section 924(c).

## COUNT ELEVEN
## USING AND CARRYING A FIREARM IN FURTHERANCE OF
## A CRIME OF VIOLENCE

On or about December 14, 2010, at or near Mesquite Seep, in the District of Arizona, Jesus Rosario Favela-Astorga aka Jesus Rosario Fabela Astorga, during and in relation to a crime of violence, to wit: Assault on a Federal Officer, as charged in Count Seven of this indictment, in violation of Title 18, United States Code, Sections, 111(a) and 111(b), did knowingly use and carry a firearm, and did possess the firearm and further brandished the

United States v. Manuel Osorio-Arellanes, et al.
Page 7 of 12

firearm in furtherance of such a crime, in violation of Title 18, United States Code, Section 924(c).

**COUNT TWELVE**
**USING AND  CARRYING A FIREARM IN FURTHERANCE OF**
**A CRIME OF VIOLENCE**

On or about December 14, 2010, at or near Mesquite Seep, in the District of Arizona, Ivan Soto-Barraza, during and in relation to a crime of violence, to wit: Assault on a Federal Officer, as charged in Count Eight of this indictment, in violation of Title 18, United States Code, Sections, 111(a) and 111(b), did knowingly use and carry a firearm, and did possess the firearm and further brandished the firearm in furtherance of such a crime, in violation of Title 18, United States Code, Section 924(c).

**COUNT THIRTEEN**
**USING AND  CARRYING A FIREARM IN FURTHERANCE OF**
**A CRIME OF VIOLENCE**

On or about December 14, 2010, at or near Mesquite Seep, in the District of Arizona, Heraclio Osorio-Arellanes aka "Laco," during and in relation to a crime of violence, to wit: Assault on  a Federal Officer, as charged in Count Nine of this indictment, in violation of Title 18, United States Code, Sections, 111(a) and 111(b), did knowingly use and carry a firearm, and did possess the firearm and further brandished the firearm in furtherance of such a crime, in violation of Title 18, United States Code, Section 924(c).

**COUNT FOURTEEN**
**POSSESSION OF A FIREARM BY A PROHIBITED PERSON**

On or about December 14, 2010, at or near Mesquite Seep, in the District of Arizona, Manuel Osorio-Arellanes aka Manuel Arellanes aka "Paye," an alien who was illegally and unlawfully in the United States, did knowingly possess a firearm, to wit: a 7.62 x 39mm Romanian assault rifle, Model GP WASR-10/63, bearing serial number 1971CZ3775 and twenty-five 7.62 x 39mm rounds of ammunition, said firearm and ammunition being in and

United States v. Manuel Osorio-Arellanes, et al.
Page 8 of 12

affecting commerce in that they were previously shipped and transported into the State of Arizona from another state or foreign country, in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

## COUNT FIFTEEN
## POSSESSION OF A FIREARM BY A PROHIBITED PERSON

On or about December 14, 2010, at or near Mesquite Seep, in the District of Arizona, Manuel Osorio-Arellanes, aka Manuel Arellanes, having been convicted of the felony crime of Aggravated Assault on December 1, 2006 in Maricopa County, Arizona did knowingly possess a firearm, to wit: a 7.62 x 39mm Romanian assault rifle, Model GP WASR-10/63, bearing serial number 1971CZ3775 and twenty-five 7.62 x 39mm rounds of ammunition, said firearm and ammunition being in and affecting commerce in that they were previously shipped and transported into the State of Arizona from another state or foreign country, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Fifteen of this Second Superseding Indictment, the defendants, Manuel Osorio-Arellanes aka Manuel Arellanes aka "Paye," Jesus Rosario Favela-Astorga aka Jesus Rosario Fabela Astorga, Ivan Soto-Barraza, and Heraclio Osorio-Arellanes aka "Laco," shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

1. Two (2) 7.62 x 39 mm Romanian assault rifles, model GP WASR 10/63, bearing serial numbers, 1971CZ3775 and 1983AH3977, and seventy-five (75) 7.62 x 39 mm rounds of ammunition

2. One (1) box of PMC Bronze .45 – 50 cartridges

United States v. Manuel Osorio-Arellanes, et al.
Page 9 of 12

3. Two (2) boxes of PMC bronze .223 – 20 cartridges per box

4. One (1) box of Golden Tiger, 7.62 x 39mm – 10 cartridges

5. Four (4) boxes of Brown Bear, 7.62 x 39mm – 20 cartridges per box

If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

## COUNT SIXTEEN
## RE-ENTRY OF A DEPORTED ALIEN

On or about December 14, 2010, at or near Rio Rico, in the District of Arizona, Manuel Osorio-Arellanes aka Manuel Arellanes aka "Paye," an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Nogales, Arizona on or about June 14, 2010, and not having

United States v. Manuel Osorio-Arellanes, et al.
Page 10 of 12

obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto, in violation of Title 8, United States Code, Section 1326, enhanced by Title 8, United States Code, Section 1326(b)(1).

## COUNT SEVENTEEN
## RE-ENTRY OF A DEPORTED ALIEN

On or about December 14, 2010, at or near Rio Rico, in the District of Arizona, Jesus Rosario Favela-Astorga aka Jesus Rosario Fabela Astorga, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Nogales, Arizona on or about February 25, 2010, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto, in violation of Title 8, United States Code, Section 1326, enhanced by Title 8, United States Code, Section 1326(b)(2).

## COUNT EIGHTEEN
## RE-ENTRY OF A DEPORTED ALIEN

On or about December 14, 2010, at or near Rio Rico, in the District of Arizona, Ivan Soto-Barraza, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Nogales, Arizona on or about October 19, 2010, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto, in violation of Title 8, United States Code, Section 1326, enhanced by Title 8, United States Code, Section 1326(b)(2).

\\

United States v. Manuel Osorio-Arellanes, et al.
Page 11 of 12

## COUNT NINETEEN
## RE-ENTRY OF A DEPORTED ALIEN

On or about December 14, 2010, at or near Rio Rico, in the District of Arizona, Heraclio Osorio-Arellanes aka "Laco," an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Nogales, Arizona on or about June 21, 2009, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto, in violation of Title 8, United States Code, Section 1326, enhanced by Title 8, United States Code, Section 1326(a).

A TRUE BILL

**/s/**

_____
Presiding Juror

DENNIS K. BURKE
United States Attorney
District of Arizona

AUG 23 2011

**/s/**

AUG 24 2011

_____
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE

United States v. Manuel Osorio-Arellanes, et al.
Page 12 of 12